8269.   GEORGIA LAND OWNERS COMPANY v. GAZAWAY. -

GEORGE, J.   1.  The complaint in a number of grounds of the motion for
a new trial is to the effect that the court erred in failing to charge
certain principles of law involved under the pleadings and the evidence
in the case.   On a careful examination of the whole charge, it appears
that the court covered substantially all the issues involved; and, in
the absence of an appropriate and timely request for more specific in-
structions, none of the assignments of error are meritorious.

2. The evidence is sufficient to sustain the verdict, and the court did not
err in overruling the motion for a new trial.

> *Judgment affirmed.   Wade, C. J., and Luke, J., concur.*
> DECIDED APRIL 4, 1917.

Action on contract; from Fulton superior court—Judge Smith
presiding.   July 28, 1916.

*James L. Key,* for plaintiff in error.   *W. H. Terrell,* contra.